**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**           ) | |
| )  | |
| **Plaintiff,**           ) | |
| )  | **8:06CR321** |
| **vs.**           ) | |
| )  | **ORDER** |
| **RALPH CORDY,**           ) | |
| )  | |
| **Defendant.**           ) | |

This matter is before the court on the government's Unopposed Motion to Continue Trial [43] due to the unavailability of an essential witness. For good cause shown, and after conferring with counsel,

**IT IS ORDERED** that defendant's Motion to Continue Trial [43] is granted as follows:

1.   The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, July 24, 2007** at 9:00 a.m. in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2.   In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **July 2, 2007 and July 24, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, 18 U.S.C. § 3161 because an essential witness is unavailable on the previously scheduled trial date. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED June 19, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**