## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR321** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RALPH CORDY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion to withdraw (Filing No. 71) filed by defense counsel, Steven J. Lefler.

James M. Davis has entered an appearance in this case.  (Filing No. 72.)

IT IS ORDERED that the motion to withdraw (Filing No. 71) filed by defense counsel, Steven J. Lefler, is granted.

DATED this 1st day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge