IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR321** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **RALPH CORDY,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for new trial (Filing No. 73).

The Defendant states that a supporting brief will follow. The Court establishes a briefing schedule as stated below. In providing deadlines, the three-day mailing rule does not apply.

IT IS ORDERED:

1. The Defendant's motion for new trial (Filing No. 73) is held in abeyance pending receipt of the parties' briefs;

2. The Defendant shall submit a supporting brief within five (5) business days following the filing of the trial transcript; and

3. The government may respond within five (5) business days following the filing of the Defendant's brief.

DATED this 2nd day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge