IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR321** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RALPH CORDY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's objection (Filing No. 78) to the Court's order (Filing No. 76).

IT IS ORDERED that the Defendant's objection (Filing No. 78) to the Court's previous order (Filing No. 76) is held in abeyance until the sentencing hearing.

DATED this 27th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge