IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR321** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RALPH CORDY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the time for filing a brief in support of the motion for new trial (Filing No. 85).

The Defendant's brief is due on September 6, 2007, five business days after the filing of the trial transcript. The Defendant requests an additional ten business days to file a brief.

IT IS ORDERED:

1. The Defendant's motion to extend the time for filing a brief in support of the motion for new trial (Filing No. 85) is granted;

2. The Defendant shall submit a supporting brief on or before September 20, 2007; and

3. The government may respond on or before October 1, 2007.

DATED this 5th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge