### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR321** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **RALPH CORDY,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion.

In light of the filing of the Defendant's brief in support of the motion for new trial, the government's deadline to respond to the Defendant's brief is September 17, 2007.

IT IS ORDERED that the government may respond to the Defendant's motion for new trial and supporting brief on or before September 17, 2007.

DATED this 10th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge