IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:06CR321 |
| **Plaintiff,** | ) | |
| vs. | ) | ORDER |
| **RALPH CORDY,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for new trial and request for oral argument (Filing No. 73). The parties' briefs have been carefully considered (Filing Nos. 87, 89).

IT IS ORDERED that the Defendant's motion for new trial and request for oral argument (Filing No. 73) is denied.

DATED this 4th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge